Bruckner *v.* Bruckner, Appellant.

*Charles G. Notari,* submitted a brief for appellant; *Ruth F. Cooper,* with her *Cooper and Block,* for appellee.

OPINION PER CURIAM: Decree in divorce a.v.m. is affirmed. Having made an independent study of the entire record we are of the opinion that the court below properly granted a decree in divorce a.v.m. in this case (Appeal No. 229, April Term, 1968).

The order of the court below refusing a divorce a.m.e.t. is affirmed (Appeal No. 249, April Term, 1968).

Commonwealth ex rel. Brown, Appellant, *v.* Brown.

Before WIEAND, J.

Argued December 13, 1968. *Patricia M. Brown,* appellant, in propria persona; no argument was made nor brief submitted for appellee.

Order affirmed.

Commonwealth ex rel. Doppler *v.* Doppler, Appellant.

Before DIGGINS, J.

Argued December 13, 1968. *Charles F. Mayer,* for appellant; no argument was made nor brief submitted for appellee.

Order affirmed.